| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Steger, Christopher H. | U.S. Distric Court, Eastern Distric of Tennessee | 06/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-Time | ☐ Nomination ☐ Date ☑ Initial ☐ Annual ☐ Final | 01/01/2014 **to** 02/29/2016 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Joel W. Solomon Federal Building, United States Courthouse
900 Georgia Avenue, Room 102
Chattanooga, TN 37402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | The Coca-Cola Company Defined Benefit Pension Plan with former employer, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | The Coca-Cola Company - salary | $435,089.00 |
| 2. 2014 | The Coca-Cola Company - salary | $380,197.00 |
| 3. 2015 | The Coca-Cola Company - salary | $1,066,257.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Plastic Surgery Group PC - salary |
| 2. 2014 | Plastic Surgery Group PC - salary |
| 3. 2015 | Plastic Surgery Group PC - salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SmartBank (formerly Cornerstone Bank) | Mortgage | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Various Accounts | D | Interest | M | T | Exempt | | | | |
| 2. Campbell Family Investments, LLC | D | Int./Div. | M | U | Exempt | | | | |
| 3. Genworth Life & Annuity Insurance Company Inherited Annuity (fixed) | E | Distribution | L | T | Exempt | | | | |
| 4. The Coca-Cola Co. 401(k) (common trust fund) (not self-directed) | D | Dividend | M | T | Exempt | | | | |
| 5. Northwestern Whole Life Policies | D | Dividend | M | T | Exempt | | | | |
| 6. Rental Property, Nashville, TN (2015 $267,000) | C | Rent | N | Q | Exempt | | | | |
| 7. Campbell Trust FBO C Steger | | | | | | | | | |
| 8. --American Airlines Group, Inc. | A | Dividend | | | Exempt | | | | |
| 9. --AQR Managed Futures Strategy HV Mutual Fund | C | Dividend | L | T | Exempt | | | | |
| 10. --Center Coast MLP and Infrastructure Mutual Fund | C | Dividend | J | T | Exempt | | | | |
| 11. --Center Valley Fresno School Distric Calif Muni Bond | C | Interest | K | T | Exempt | | | | |
| 12. --Chattanooga Tennessee Muni Bonds | A | Interest | J | T | Exempt | | | | |
| 13. --Chicago Illinois Housing Authority Municipal Bond | C | Interest | K | T | Exempt | | | | |
| 14. --Cole Credit Property Trust REIT | D | Dividend | L | T | Exempt | | | | |
| 15. --Finney Cnty Kansas School District Muni Bond | B | Interest | J | T | Exempt | | | | |
| 16. --First Niagara Financial Group, Inc. | A | Dividend | | | Exempt | | | | |
| 17. --Florida State Dept Municipal Bond | C | Interest | K | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Jensen Quality Growth Mutual Fund | D | Dividend | K | T | Exempt | | | | |
| 19. --Kindred School District California Muni Bond | A | Interest | J | T | Exempt | | | | |
| 20. --National Penn Banchsares, Inc. | A | Dividend | K | T | Exempt | | | | |
| 21. --Nestle SA | A | Dividend | | | Exempt | | | | |
| 22. --N Texas Tollway Authority Municipal Bond | D | Interest | K | T | Exempt | | | | |
| 23. --Phillips Edison Grocery Center REIT II | C | Dividend | L | T | Exempt | | | | |
| 24. --Schwab Short-Term US Treasury ETF | B | Dividend | M | T | Exempt | | | | |
| 25. --Schwab US Dividend Equity ETF | A | Dividend | J | T | Exempt | | | | |
| 26. --Select Income REIT | A | Dividend | J | T | Exempt | | | | |
| 27. --Southern Company | A | Dividend | J | T | Exempt | | | | |
| 28. --Verizon Communications | A | Dividend | J | T | Exempt | | | | |
| 29. Campbell Family Trust | | | | | | | | | |
| 30. --AQR Managed Futures Strategy HV Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 31. --Schwab Govt Money Market Fund | A | Dividend | L | T | Exempt | | | | |
| 32. --Matthews Asia Dividend Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 33. --Schwab Short-Term US Treasury ETF | A | Dividend | K | T | Exempt | | | | |
| 34. Brokerage #1 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Atlas Pipeline Partners, L.P. | A | Distribution | | | Exempt | | | | |
| 36. --Blackrock Debt Strategies Mutual Fund | A | Dividend | | | Exempt | | | | |
| 37. --Blackrock Floating Rate Income Mutual Fund | B | Dividend | | | Exempt | | | | |
| 38. --Crestwood Midstream Partners, L.P. | A | Distribution | | | Exempt | | | | |
| 39. --Eaton Vance Floating Rate Income Plus Mutual Fund | C | Dividend | | | Exempt | | | | |
| 40. --Indiana Municipal Power Supply Municipal Bond | A | Interest | J | T | Exempt | | | | |
| 41. --Jacksonville Electric Authority FL Muni Bond | A | Interest | | | Exempt | | | | |
| 42. --Kayne Anderson Midstream Energy Mutual Fund | A | Dividend | | | Exempt | | | | |
| 43. --Kentucky State Certificates Muni Bond | A | Interest | J | T | Exempt | | | | |
| 44. --Matthews Asia Dividend Mutual Fund | A | Dividend | | | Exempt | | | | |
| 45. --Metro Nashville Airport Authority Municipal Bond | A | Interest | J | T | Exempt | | | | |
| 46. --New York City Municipal Water Municipal Bond | B | Interest | J | T | Exempt | | | | |
| 47. --North Texas Tollway Authority Municipal Bond | B | Interest | K | T | Exempt | | | | |
| 48. --Northstar Realty Finance Corp. REIT | A | Dividend | | | Exempt | | | | |
| 49. --Nuveen Credit Strategies Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 50. --Schwab Govt Money Market Fund | A | Interest | L | T | Exempt | | | | |
| 51. --Schwab Short-Term US Treasury ETF | A | Dividend | K | T | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Tortoise Energy Independence Mutual Fund | A | Dividend | | | Exempt | | | | |
| 53. --Tortoise Energy Infrastructure Mutual Fund | A | Dividend | | | Exempt | | | | |
| 54. --Tortoise Power and Energy Infra Mutual Fund | C | Dividend | | | Exempt | | | | |
| 55. Brokerage #2 | | | | | | | | | |
| 56. --Arbitrage Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 57. --Calamos Market Neutral Income Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 58. --Charles Schwab Deposit Accounts | A | Interest | O | T | Exempt | | | | |
| 59. --Gateway Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 60. --Merger Mutual Fund Institutional Class | B | Dividend | M | T | Exempt | | | | |
| 61. --Vanguard Ltd-Term Tax-Exempt Bond Fund | C | Dividend | N | T | Exempt | | | | |
| 62. --Vanguard Total Intl Stock Index Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 63. --Vanguard Total Stock Market Index Mutual Fund | B | Dividend | M | T | Exempt | | | | |
| 64. Brokerage #3 | | | | | | | | | |
| 65. --AQR Managed Futures Strategy HV Mutual Fund | B | Dividend | K | T | Exempt | | | | |
| 66. --Charles Schwab Deposit Accounts | A | Interest | M | T | Exempt | | | | |
| 67. --Chattanooga Tennessee Municipal Bonds | A | Interest | K | T | Exempt | | | | |
| 68. --Clearbridge Energy MLP Opport Mutual Fund | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. --Indiana Municipal Power Supply Municipal Bond | A | Interest | J | T | Exempt | | | | |
| 70. --Jacksonville Electric Authority FL Muni Bond | B | Interest | K | T | Exempt | | | | |
| 71. --Matthews Asia Dividend Mutual Fund | A | Dividend | | | Exempt | | | | |
| 72. --Matthews Asian Growth and Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 73. --National Penn Banchsares, Inc. | A | Dividend | J | T | Exempt | | | | |
| 74. --New York City Municipal Water Municipal Bond | A | Interest | J | T | Exempt | | | | |
| 75. --North Texas Tollway Authority Municipal Bond | A | Interest | K | T | Exempt | | | | |
| 76. --Schwab Short-Term US Treasury ETF | A | Dividend | L | T | Exempt | | | | |
| 77. --Schwab US Dividend Equity ETF | A | Dividend | J | T | Exempt | | | | |
| 78. --Select Income REIT | A | Dividend | J | T | Exempt | | | | |
| 79. --Southern Company | A | Dividend | J | T | Exempt | | | | |
| 80. --Spectra Energy Corporation | A | Dividend | | | Exempt | | | | |
| 81. --Tortoise Pipeline and Energy Mutual Fund | B | Dividend | | | Exempt | | | | |
| 82. Brokerage #4 | | | | | | | | | |
| 83. --Fidelity Government Cash Reserves | A | Interest | J | T | Exempt | | | | |
| 84. --Ishares Core US Aggregate Bond ETF | A | Dividend | K | T | Exempt | | | | |
| 85. --Ishares MSCI Frontier 100 ETF | A | Dividend | K | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   --Ishares TIPS Bond ETF | A | Dividend | J | T | Exempt | | | | |
| 87.   --LJM Preservation and Growth Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 88.   --Oppenheimer Steelpath MLP Alpha Y Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 89.   --Powershares ETF Trust II | A | Dividend | J | T | Exempt | | | | |
| 90.   --Powershares QQQ Trust | A | Dividend | J | T | Exempt | | | | |
| 91.   --SPDR Barclays High Yield Bond ETF | B | Dividend | J | T | Exempt | | | | |
| 92.   --Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Exempt | | | | |
| 93.   --Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Exempt | | | | |
| 94.   --Vanguard Growth ETF | A | Dividend | J | T | Exempt | | | | |
| 95.   --Vanguard Mid-Cap ETF | A | Dividend | K | T | Exempt | | | | |
| 96.   --Vanguard Value ETF | A | Dividend | K | T | Exempt | | | | |
| 97.   Brokerage #5 | | | | | | | | | |
| 98.   --Fidelity Government Cash Reserves | A | Interest | J | T | Exempt | | | | |
| 99.   --Ishares Core US Aggregate Bond ETF | A | Dividend | J | T | Exempt | | | | |
| 100.  --Ishares MSCI Frontier 100 ETF | A | Dividend | K | T | Exempt | | | | |
| 101.  --Ishares TIPS Bond ETF | A | Dividend | J | T | Exempt | | | | |
| 102.  --LJM Preservation and Growth Mutual Fund | A | Dividend | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  --Oppenheimer Steelpath MLP Alpha Y Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 104.  --Powershares ETF Trust II | A | Dividend | J | T | Exempt | | | | |
| 105.  --Powershares QQQ Trust | A | Dividend | J | T | Exempt | | | | |
| 106.  --SPDR Barclays High Yield Bond ETF | B | Dividend | J | T | Exempt | | | | |
| 107.  --Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Exempt | | | | |
| 108.  --Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Exempt | | | | |
| 109.  --Vanguard Growth ETF | A | Dividend | J | T | Exempt | | | | |
| 110.  --Vanguard Mid-Cap ETF | A | Dividend | K | T | Exempt | | | | |
| 111.  --Vanguard Value ETF | A | Dividend | K | T | Exempt | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Steger, Christopher H. | 06/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Christopher N. Steger

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544